BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
TINA R. SALADINO
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8991
    Facsimile: (415) 744-0134
    Email: Tina.Saladino@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL CHAVEZ, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:12-01809-CMK<br><br>**ORDER EXTENDING THE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S PETITION FOR ATTORNEY'S FEES** |

    Based upon the parties' Stipulation to Extend the Time for Defendant to Respond to Plaintiff's Petition for Attorney Fees, and for good cause shown, **IT IS ORDERED** that Defendant shall have an extension of time to and including September 4, 2014.

Dated: August 28, 2014

                                             _/s/ Craig M. Kellison_
                                             CRAIG M. KELLISON
                                             UNITED STATES MAGISTRATE JUDGE

1